UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61782-CIV-SINGHAL

KENNY ALEXANDRE,

    Plaintiff,

v.

MUTUAL MANAGEMENT SERVICES, LLC,

    Defendant.
_____/

## **ORDER**

**THIS CAUSE** is before the Court on Plaintiff's Motion for Alternative Service Pursuant to Rule 4 of the Federal Rules of Civil Procedure. (DE [13]). Plaintiff has made three attempts to serve Defendant at the address of its registered agent but has been unsuccessful because the door is continuously locked with no apparent activity inside. A phone call to Defendant's business was unanswered. A neighbor stated that the "Defendant does not frequently visit the location."

Plaintiff asks for permission to make alternate service of process, including (1) having process served by the U.S. Marshal Service; (2) posting the summons and complaint at Defendant's address and mailing copies via certified and first-class U.S. Mail; and (3) publication in the Miami Herald.

The Court finds that utilization of the U.S. Marshal Service is not warranted here. Under Fla. Stat. § 48.062, if service cannot be made on the registered agent of a domestic limited liability company and "the only person listed publicly by the domestic limited liability company or registered foreign limited liability company on its latest annual report, as most recently amended, is also the registered agent on whom service was attempted" service of process may be served on the Secretary of State as an agent of the domestic limited

liability company. Fla. Stat. § 48.062(4)(a). The Court has taken judicial notice of the 2024 Annual Report of Mutual Management Services, LLC,[1] and notes that the registered agent, Rafael C. Ortiz, is the only person publicly listed on the annual report. Service of process shall, therefore, be made upon the Secretary of State as provided in Fla. Stat. § 48.161. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that is Plaintiff's Motion for Alternative Service Pursuant to Rule 4 of the Federal Rules of Civil Procedure (DE [13]) is **GRANTED.** Plaintiff shall have until **January 25, 2025,** to make service of process upon Defendant by serving the Florida Secretary of State.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 9th day of December 2024.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copy furnished
by U.S. Mail to Plaintiff, pro se

---

[1] https://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail?inquirytype=EntityName&directionType=Initial&searchNameOrder=MUTUALMANAGEMENTSERVICES%20L080000159980&aggregateId=flal-l08000015998-56f4f00e-4c28-4fa3-9056-39fe0b83b4b5&searchTerm=mutual%20management%20services%20llc&listNameOrder=MUTUALMANAGEMENTSERVICES%20L080000159980 (accessed 12/9/2024).